

PRESKA

**CARUSO GLYNN, LLC**
Attorneys for Plaintiff
Shandong Industrial Inc.
53-04 193rd Street
Fresh Meadows, New York 11365
(718) 570-3338
File No.: 88.042006

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x
CHEM ONE LTD.,

                 Plaintiff,

-against-

M/V "RICKMERS GENOA", her engines, boilers,
etc.; M/V "SUN CROSS", her engines, boilers, etc.;
RICKMERS-LINIE GmbH & CIE. KG;
UNITED SHIPPING SERVICES, INC.; SESCO
GROUP, INC.; SESCO GROUP INC.;
CS MARINE CO. LTD.; SUNWOO MERCHANT
MARINE CO., LTD.; JA SUNG MARINE CO., LTD.;
ESM GROUP, INC., and ESM (TIANJIN) CO.,
LTD., *in personam*,

                 Defendants.
------------------------------------------------------x
SHANDONG INDUSTRIAL INC.,

                 Plaintiff,

-against-

M/V "RICKMERS GENOA", her engines, boilers,
etc.; M/V "SUN CROSS", her engines, boilers, etc.;
RICKMERS-LINIE GmbH & CIE. KG;
RICKMERS GENOA SCHIFFAHRTSGES mbH
& CIE. KG; GENOA NAVIGATION CO. LTD.;
C S MARINE CO., LTD.; SUNWOO
MERCHANT MARINE CO. LTD.; CHEM ONE
LTD.; ESM GROUP, INC.; ESM (TIANJIN) CO.,
LTD.; PUDONG TRANS USA INC., and
U.S. SHIPPING, INC.,

                 Defendants.
------------------------------------------------------x

05 Civ. 4261 (LAP)
(Main Action)

05 Civ. 6226 (LAP)
(Related Action)

**NOTICE OF SUBSTITUTION
OF COUNSEL**

The substitution is
SO ORDERED
*Loretta A. Preska*
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE
December 23, 2009

```
------------------------------------------------------x
ST. PAUL TRAVELERS, as subrogor of
Foreign Tire Sales, Inc.                                05 Civ. 8841 (LAP)
                                                        (Related Action)
                    Plaintiff,
    -against-

M/V "RICKMERS GENOA", her engines, boilers,
etc.; ZEN CONTINENTAL CO., INC.; RICKMERS
GENOA SCHIFFAHRTSGES mbH & CIE. KG,
and RICKMERS-LINIE GmbH & CIE. KG,

                    Defendants.
------------------------------------------------------x
ATLANTIC COAST YACHT SALES, INC.                        05 Civ. 9472 (LAP)
                                                        (Related Action)
                    Plaintiff,
    -against-

M/V "RICKMERS GENOA", her engines, boilers,
etc.; M/V SUN CROSS, her engines, boilers, etc.;
RICKMERS-LINIE GmbH & CIE. KG;
RICKMERS GENOA SCHIFFAHRTSGES mbH
& CIE. KG; GENOA NAVIGATION CO. LTD.;
CS MARINE CO. LTD.; ESM GROUP INC.;
ESM (TIANJIN) CO., LTD.; PUDONG TRANS
USA, INC., and U.S. SHIPPING, INC.,

                    Defendants.
------------------------------------------------------x
RICKMERS-LINIE GmbH & Cie. KG;                          05 Civ. 4261 (LAP)
RICKMERS GENOA SCHIFFAHRTSGES mbH                       (Third-Party Action)
& CIE. KG; GENOA NAVIGATION CO. LTD.;

                    Plaintiff,
    -against-

ESM GROUP, INC.; ESM (TIANJIN) CO., LTD.;
PUDONG TRANS USA INC., and
U.S. SHIPPING, INC.,

                    Defendants.
------------------------------------------------------x
```

2

PLEASE TAKE NOTICE THAT plaintiff Shandong Industrial Inc. substitutes Caruso Glynn, LLC in place and in stead of Nicoletti Hornig & Sweeney as its counsel of record in this action. The contact information for new counsel is as follows:

>   Caruso Glynn, LLC
>   53-04 193rd Street
>   Fresh Meadows, New York 11365
>   Phone: (718) 570-3338
>   Facsimile: (718) 747-6169
>   lglynn@carusoglynn.com

Dated: Fresh Meadows, New York
       November 12, 2009

>   Yours, etc.,
>
>   **CARUSO GLYNN, LLC**
>   Attorney for Plaintiff
>   *Shandong Industrial Inc.*
>
>   By: _____
>   Lawrence C. Glynn
>   53-04 193rd Street
>   Fresh Meadows, New York 11365
>   Phone: (718) 570-3338
>   lglynn@carusoglynn.com

3