Christopher H. Dillon
Burke & Parsons
100 Park Avenue
New York NY 10017-5533
(212) 354-3800

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **CHEM ONE LTD.,** <br>           **Plaintiff,** <br> - against – <br> M/V RICKMERS GENOA and M/V SUN CROSS, their engines, boilers, etc., *in rem;* RICKMERS GENOA SCHIFFAHRTSGES mbH & Cie. KG., UNITED SHIPPING SERVICES, INC., SESCO GROUP INC., CS MARINE CO. LTD., ESM GROUP INC., ESM (TIANJIN) CO., LTD.,ESM II, INC., and ESM II LP., *in personam,* <br>           **Defendants.** <br> _____ <br> **SHANDONG INDUSTRIAL INC.,** <br>           **Plaintiff,** <br> - against – <br> M/V RICKMERS GENOA, her engines, boilers, etc.; M/V SUN CROSS, her engines, boilers, etc.; RICKMERS-LINIE GmbH & CIE. KG; RICKMERS GENOA SCHIFFAHRTSGES mbH & CIE KG; GENOA NAVIGATION CO. LTD.; C S MARINE CO., LTD.; SUNWOO MERCHANT MARINE CO. LTD.; ESM GROUP INC., ESM (TIANJIN) CO., LTD.; PUDONG TRANS USA INC.; and U.S. SHIPPING, INC. <br>           **Defendants.** <br> _____ <br> **ST. PAUL TRAVELERS,** as *subrogee* of FOREIGN TIRE SALES, INC. <br>           **Plaintiff,** <br> - against – <br> M/V RICKMERS GENOA and MV SUN CROSS, their engines, boilers, tackle, etc.; and ZEN CONTINENTAL CO., INC., RICKMERS GENOA SCHIFFAHRTSGES GmbH and CIE. K.G., RICKMERS-LINIE GmbH and CIE. KG and SUNWOO MERCHANT MARINE CO., LTD. <br>           **Defendants** <br> _____ <br> **ATLANTIC COAST YACHT SALES, INC.** <br>           **Plaintiff,** <br>         vs. <br> M/V RICKMERS GENOA, her engines, boilers, etc., M/V SUN CROSS, her engines, boilers, etc., RICKMERS-LINIE GmbH & CIE, KG, RICKMERS GENOA SCHIFFAHRTSGES, mbh & CIE, KG, GENOA NAVIGATION CO. LTD., CS MARINE CO. LTD., ESM GROUP INC., ESM (TIANJIN) CO., LTD., PUDONG TRANS USA, INC., and U.S. SHIPPING, INC. <br>           **Defendants.** <br> _____ <br> **RICKMERS-LINIE GmbH & Cie. KG; RICKMERS GENOA SCHIFFAHRTSGES mbH & Cie. KG; and GENOA NAVIGATION CO. LTD.;** <br>           **Third-Party Plaintiffs,** <br> - against – <br> ESM GROUP INC.; ESM (TIANJIN) CO., LTD.; PUDONG TRANS USA, INC.; and U.S. SHIPPING, INC., ESM II, INC., and ESM II LP. <br>           **Third-Party Defendants** | 05 CV 4261 (LAP-THK) <br> 05 CV 6226 (LAP-THK) <br> 05 CV 8841 (LAP-THK) <br> 05 CV 9472 (LAP-THK) <br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br> **NOTICE OF MOTIONS FOR SUMMARY JUDGMENT BY ESM GROUP INC. AND ESM (TIANJIN) CO. LTD.** <br><br> **Electronically Filed** |

PLEASE TAKE NOTICE that pursuant to Fed. R. Civ. P. 56(b), and upon the accompanying Memorandum of Law, Local Civil Rule 56.1 Statement, and the supporting Declaration of John Bland, along with the Affidavits of Christopher H. Dillon, QinQin T. McCarthy, and Edward J. Kelly, including the exhibits and appendices thereto, ESM Group Inc. and ESM (Tianjin) Co. Ltd., hereby move this Court, before the Honorable Judge Loretta A. Preska, United States Chief District Judge, for summary judgment dismissing all the claims asserted in these consolidated cases against ESM Group Inc. and ESM (Tianjin) Co. Ltd., and for such other or further or different relief as the Court may deem just and proper.

In accordance with this Court's Endorsed Order dated April 1, 2010, opposing papers are to be filed by May 28, 2010, and reply papers by June 29, 2010.

Dated:   New York, New York
         April 16, 2010

                                        BURKE & PARSONS
                                        Attorneys for Defendants and
                                        Third-Party Defendants
                                        ESM Group Inc. and ESM (Tianjin) Co. Ltd.

                                        By   s/Christopher H. Dillon
                                             Christopher H. Dillon
                                             dillon@burkeparsons.com
                                             100 Park Avenue
                                             New York, NY  10017

Of Counsel:   Michael J. Walsh
              Hae Woen Grace Bae

TO:   All Counsel of Record per Attached List by Email and First Class Mail

8927_0273_S00.docx

TO:    CHALOS, O'CONNOR & DUFFY LLP
       Attorneys for Defendants-Third Party Plaintiffs
       M/V RICKMERS GENOA,
       RICKMERS-LINIE GmbH & CIE. KG,
       RICKMERS GENOA SCHIFFAHRTSGES mbH & CIE KG; and
       GENOA NAVIGATION CO. LTD.
       366 Main Street
       Port Washington NY  11050
       Tel: (516) 767-3600
       Attn:   Eugene J. O'Connor, Esq. (oconnor@codus-law.com)
               Timothy Semenoro, Esq. (tsemenoro@codus-law.com)

       HILL RIVKINS & HAYDEN LLP
       Attorneys for Plaintiffs
       CHEM ONE LTD. and
       OTHER CARGO INTERESTS
       45 Broadway
       New York NY  10006
       Tel: (212) 669-0600
       Attn:   Thomas E. Willoughby, Jr., Esq. (twilloughby@hillrivkins.com)
               James A. Saville, Jr., Esq. (jsaville@hillrivkins.com)

       GRAHAM, MILLER, NEANDROSS, MULLIN & ROONAN, L.L.C.
       Attorneys for Plaintiff
       ATLANTIC COAST YACHT SALES, INC.
       2350 Broadway
       New York NY  10024
       Tel: (212) 671-1179
       Attn:   Jeffrey L. Neandross, Esq. (jln@grahammiller.com)

       CARUSO GLYNN, LLC
       Attorneys for Plaintiff
       SHANDONG INDUSTRIAL INC.
       53-04 193rd Street
       Fresh Meadows, NY  11365
       Tel: (718) 570-3338
       Attn:   Lawrence C. Glynn, Esq. (lglynn@carusoglynn.com)

       BADIAK & WILL, LLP
       Attorneys for Plaintiff
       ST.PAUL TRAVELERS
       106 3rd Avenue
       Mineola, NY  11501-4404
       Tel: (516) 877-2225
       Attn:   James Krauzlis, Esq. (jimkrauzlis@att.net)